AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

QUINT LAVERT EVANS,

        Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER:   CV 124-045

BRIAN CHAMBERS, Warden,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered June 27, 2024, the Court adopts as it's opinion the Magistrate Judge's Report and Recommendation and dismisses this petition, brought pursuant to 28 U.S.C. § 2254, without prejudice.  The Court denies a Certificate of Appealability, and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.

6/27/2024

*Date*



John E. Triplett, Clerk of Court

*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020